In re:                      Case No. 24-03171-MJC

Marcus Jared Taylor           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: AutoDocke         Page 1 of 3

Date Rcvd: Dec 09, 2024       Form ID: 309I        Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcus Jared Taylor, 68 W. Chestnut Street, Wilkes Barre, PA 18705-1720 |
| 5674162 | + | Edwin Rivera, c/o Morgan & Morgan, 2005 Market Street, Ste 350, Philadelphia, PA 19103-7075 |
| 5674167 | | King S Creek Property Owners, 1636 Hendersonville Rd, Ste 135, Asheville, NC 28803-3057 |
| 5674182 | + | Secure Reliable Transport, LLC, 68 W. Chestnut Street, Wilkes Barre, PA 18705-1720 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: MyLawyer@JPPLaw.com | Dec 09 2024 18:34:00 | Jason Paul Provinzano, Law Offices of Jason P. Provinzano, LLC, 16 W. Northampton Street, Wilkes Barre, PA 18701 |
| tr | | Email/Text: info@pamd13trustee.com | Dec 09 2024 18:34:00 | Jack N Zaharopoulos, Standing Chapter 13, (Trustee), 8125 Adams Drive, Suite A, Hummelstown, PA 17036 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Dec 09 2024 18:35:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5674148 | | Email/PDF: bncnotices@becket-lee.com | Dec 09 2024 18:50:02 | American Express Travel Related Services, PO Box 981537, El Paso, TX 79998-1537 |
| 5674149 | | Email/PDF: bncnotices@becket-lee.com | Dec 09 2024 18:49:41 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 5674151 | | Email/PDF: bncnotices@becket-lee.com | Dec 09 2024 18:49:41 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5674150 | | Email/PDF: bncnotices@becket-lee.com | Dec 09 2024 18:50:02 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5674152 | | Email/Text: bankrupt@andrewsfcu.org | Dec 09 2024 18:34:00 | Andrews Federal Cred U, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 5674154 | | EDI: CAPITALONE.COM | Dec 09 2024 23:33:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5674153 | | EDI: CAPITALONE.COM | Dec 09 2024 23:33:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5674155 | | EDI: CITICORP | Dec 09 2024 23:33:00 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5674156 | | EDI: CITICORP | Dec 09 2024 23:33:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5674157 | | EDI: WFNNB.COM | | |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | Dec 09 2024 23:33:00 | Comenity Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 5674158 | EDI: WFNNB.COM | Dec 09 2024 23:33:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5674159 | + Email/Text: bankruptcy@diamondresorts.com | Dec 09 2024 18:35:00 | Diamond Resorts Financial Services, Attn: Bankruptcy, 10600 W Charleston Blvd, Las Vegas, NV 89135-1260 |
| 5674160 | EDI: DISCOVER | Dec 09 2024 23:33:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5674161 | EDI: DISCOVER | Dec 09 2024 23:33:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5674165 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 09 2024 18:34:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5674163 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 09 2024 18:34:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5674166 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 09 2024 18:34:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5674170 | + Email/Text: bknotification@loandepot.com | Dec 09 2024 18:35:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Ctr, Foothill Ranch, CA 92610-2808 |
| 5674169 | ^ MEBN | Dec 09 2024 18:33:51 | LoanDepot, 6561 Irvine Center Dr, Irvine, CA 92618-2118 |
| 5674172 | Email/Text: compliance@merid.com | Dec 09 2024 18:35:00 | Meridian Financial Svc, 1636 Hendersonville Rd, Ste 135, Asheville, NC 28803-3057 |
| 5674174 | Email/Text: jlothrop@macu.com | Dec 09 2024 18:35:26 | Mountain America Credit Union, Attn: Bankruptcy, 9800 S Monroe St, Sandy, UT 84070-4419 |
| 5674173 | Email/Text: jlothrop@macu.com | Dec 09 2024 18:35:26 | Mountain America Credit Union, 660 S 200 E, Salt Lake City, UT 84111-3835 |
| 5674176 | EDI: NFCU.COM | Dec 09 2024 23:33:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 5674175 | EDI: NFCU.COM | Dec 09 2024 23:33:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 5674177 | + Email/Text: emiller@northmillef.com | Dec 09 2024 18:35:00 | North Mill Equipment Finance, LLC, 601 Merritt 7, Ste 5, Norwalk, CT 06851-1097 |
| 5674178 | Email/Text: bkrgeneric@penfed.org | Dec 09 2024 18:34:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 5674179 | Email/Text: bkrgeneric@penfed.org | Dec 09 2024 18:34:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 5674180 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 09 2024 18:34:00 | Rushmore Loan, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 5674181 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 09 2024 18:34:00 | Rushmore Servicing, Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 5674184 | EDI: SYNC | Dec 09 2024 23:33:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5674183 | + EDI: SYNC | Dec 09 2024 23:33:00 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5674185 | + Email/Text: bankruptcy@bbandt.com | Dec 09 2024 18:35:00 | Truist Bank, 214 N Tryon St, Charlotte, NC 28202-2374 |
| 5674186 | Email/Text: bknotice@upgrade.com | Dec 09 2024 18:34:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 5674187 | Email/Text: bknotice@upgrade.com | | |

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Dec 09 2024 18:34:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 5674171 | Email/Text: compliance@merid.com | Dec 09 2024 18:35:00 | Meridian Financial Services, Inc., Attn: Bankruptcy, PO Box 1410, Asheville, NC 28802-1410 |
| 5674189 | EDI: WFFC2 | Dec 09 2024 23:33:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 5674188 | EDI: WFFC2 | Dec 09 2024 23:33:00 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5674164 | *+ | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5674168 | ## | Leisure Time Resorts, Attn: Bankruptcy, PO Box 26, Gautier, MS 39553-0026 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Marcus Jared Taylor MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

|  | Information to identify the case: |  |  |
|---|---|---|---|
| Debtor 1: | Marcus Jared Taylor<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–9546<br>EIN: __–_____ |  |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |  |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: 13  12/6/24 |  |
| Case number: | 5:24–bk–03171–MJC |  |  |

Official Form 309I  
**Notice of Chapter 13 Bankruptcy Case**  04/19/21

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. §1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  |  | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Marcus Jared Taylor |  |
| 2. | All other names used in the last 8 years | aka Marcus J. Taylor, aka Marcus Taylor |  |
| 3. | Address | 68 W. Chestnut Street<br>Wilkes Barre, PA 18705 |  |
| 4. | **Debtor's attorney**<br>Name and address | Jason Paul Provinzano<br>Law Offices of Jason P. Provinzano, LLC<br>16 W. Northampton Street<br>Wilkes Barre, PA 18701 | Contact phone: (570) 822–5771<br>Email: MyLawyer@JPPLaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone: 717–566–6097<br>Email: info@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br>Contact phone: (570) 831–2500<br>Date: 12/9/24 |

**For more information, see page 2 >**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. **\*Valid photo ID and proof of Social Security number are required\*** | **Date: January 6, 2025** at **11:30 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. For additional information use the QR code or visit: https://www.justice.gov/ust/ust-regions-r03/region-3-section-341-meetings-0#TrusteeZoom The Court does not endorse or exercise any responsibility of the content at this link. | **Location:** Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1-267-552-4885  |
|---|---|---|---|
| 8. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). **Deadline for all creditors to file a proof of claim (except governmental units):** **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** March 7, 2025 **Filing deadline:** February 14, 2025 **Filing deadline:** June 4, 2025 |
| | | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. | **Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |