United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-03171-MJC
Marcus Jared Taylor  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 3
Date Rcvd: Jan 07, 2025  Form ID: ntcnfhrg  Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcus Jared Taylor, 68 W. Chestnut Street, Wilkes Barre, PA 18705-1720 |
| 5674162 | + | Edwin Rivera, c/o Morgan & Morgan, 2005 Market Street, Ste 350, Philadelphia, PA 19103-7075 |
| 5674167 | | King S Creek Property Owners, 1636 Hendersonville Rd, Ste 135, Asheville, NC 28803-3057 |
| 5674182 | + | Secure Reliable Transport, LLC, 68 W. Chestnut Street, Wilkes Barre, PA 18705-1720 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5674148 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2025 18:54:24 | American Express Travel Related Services, PO Box 981537, El Paso, TX 79998-1537 |
| 5674149 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2025 18:54:10 | American Express Travel Related Services, Attn: Bankruptcy, PO Box 981537, El Paso, TX 79998-1537 |
| 5674151 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2025 19:04:41 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5674150 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2025 19:04:34 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 5674152 | | Email/Text: bankrupt@andrewsfcu.org | Jan 07 2025 18:46:00 | Andrews Federal Cred U, 5711 Allentown Rd, Suitland, MD 20746-4547 |
| 5674154 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 18:53:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5674153 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2025 18:54:21 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5674155 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2025 18:54:09 | Citi Card/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5674156 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 07 2025 18:53:53 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, PO Box 790040, Saint Louis, MO 63179-0040 |
| 5674157 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2025 18:46:00 | Comenity Bank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 5674158 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 07 2025 18:46:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 5674159 | + | Email/Text: bankruptcy@diamondresorts.com | Jan 07 2025 18:46:00 | Diamond Resorts Financial Services, Attn: Bankruptcy, 10600 W Charleston Blvd, Las Vegas, NV 89135-1260 |
| 5674160 | | Email/Text: mrdiscen@discover.com | Jan 07 2025 18:46:00 | Discover Financial, PO Box 30939, Salt Lake |

| Notice ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | City, UT 84130-0939 |
| 5674161 | | Email/Text: mrdiscen@discover.com | Jan 07 2025 18:46:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 5674165 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 07 2025 18:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5674163 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 07 2025 18:46:00 | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5674166 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 07 2025 18:46:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5674170 | + | Email/Text: bknotification@loandepot.com | Jan 07 2025 18:46:00 | LoanDepot, Attn: Bankruptcy, 26642 Towne Ctr, Foothill Ranch, CA 92610-2808 |
| 5674169 | ^ | MEBN | Jan 07 2025 18:46:02 | LoanDepot, 6561 Irvine Center Dr, Irvine, CA 92618-2118 |
| 5674172 | | Email/Text: compliance@merid.com | Jan 07 2025 18:46:00 | Meridian Financial Svc, 1636 Hendersonville Rd, Ste 135, Asheville, NC 28803-3057 |
| 5674174 | | Email/Text: jlothrop@macu.com | Jan 07 2025 18:46:00 | Mountain America Credit Union, Attn: Bankruptcy, 9800 S Monroe St, Sandy, UT 84070-4419 |
| 5674173 | | Email/Text: jlothrop@macu.com | Jan 07 2025 18:46:00 | Mountain America Credit Union, 660 S 200 E, Salt Lake City, UT 84111-3835 |
| 5674176 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 07 2025 18:46:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 5674175 | | Email/Text: ext_ebn_inbox@navyfederal.org | Jan 07 2025 18:46:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 5674177 | + | Email/Text: emiller@northmillef.com | Jan 07 2025 18:46:00 | North Mill Equipment Finance, LLC, 601 Merritt 7, Ste 5, Norwalk, CT 06851-1097 |
| 5674178 | | Email/Text: bkrgeneric@penfed.org | Jan 07 2025 18:46:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313-1432 |
| 5674179 | | Email/Text: bkrgeneric@penfed.org | Jan 07 2025 18:46:00 | Pentagon Federal Credit Union, Attn: Bankruptcy, 2930 Eisenhower Ave, Alexandria, VA 22314-4557 |
| 5674180 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 07 2025 18:46:00 | Rushmore Loan, 15480 Laguna Canyon Road, Suite 100, Irvine, CA 92618-2132 |
| 5674181 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 07 2025 18:46:00 | Rushmore Servicing, Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 5674184 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2025 18:54:21 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5674183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 07 2025 19:04:35 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5674185 | + | Email/Text: bankruptcy@bbandt.com | Jan 07 2025 18:46:00 | Truist Bank, 214 N Tryon St, Charlotte, NC 28202-2374 |
| 5674186 | | Email/Text: bknotice@upgrade.com | Jan 07 2025 18:46:00 | Upgrade, Inc., 2 N Central Ave, Fl 10, Phoenix, AZ 85004-2322 |
| 5674187 | | Email/Text: bknotice@upgrade.com | Jan 07 2025 18:46:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St, Fl 23, San Francisco, CA 94111-3305 |
| 5674171 | | Email/Text: compliance@merid.com | Jan 07 2025 18:46:00 | Meridian Financial Services, Inc., Attn: Bankruptcy, PO Box 1410, Asheville, NC 28802-1410 |
| 5674189 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 07 2025 18:53:51 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 5674188 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |

                    Jan 07 2025 18:53:48      Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5674164 | *+ | Goldman Sachs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5674168 | ## | Leisure Time Resorts, Attn: Bankruptcy, PO Box 26, Gautier, MS 39553-0026 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025                    Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor LOANDEPOT.COM LLC blemon@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Marcus Jared Taylor MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Marcus Jared Taylor,
aka Marcus J. Taylor, aka Marcus Taylor,

Chapter 13

**Debtor 1**

Case No. 5:24−bk−03171−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**February 13, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: February 20, 2025 Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 7, 2025 |

ntcnfhrg (08/21)